# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150005

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONNELL DEFRANCE WILLIAMS,
     Defendant-Appellant.

SC: 150005
COA: 321936
Berrien CC: 2010-001666-FC

_____/

     On order of the Court, the application for leave to appeal the July 31, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015 _____



Clerk

a0518